No. 74–5140. CASSIUS *v.* ARIZONA. Sup. Ct. Ariz. [Certiorari granted, *ante,* p. 824.] Motion of petitioner to permit Frederick S. Klein, Esquire, to present oral argument *pro hac vice* granted.

No. 74–5373. ANDERSON *v.* REED, PENITENTIARY SUPERINTENDENT; and

No. 74–5437. LEWIS *v.* ENGLISH, FACILITY SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 74–464. CUPP *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 74–5368. KENNEDY ET AL. *v.* WYOMING ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 74–453. VAN LARE, ACTING COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. *v.* HURLEY ET AL. Appeal from D. C. S. D. N. Y. and D. C. E. D. N. Y. Application for stay presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case set for oral argument with No. 74–5054 [*Taylor* v. *Lavine,* certiorari granted, *infra*].

No. 73–1888. UNITED STATES *v.* ALASKA. C. A. 9th Cir. Certiorari granted.